UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

M<small>ELISSA</small> D<small>EROCHER</small>,

      Plaintiff,

v.

C<small>OMMISSIONER OF</small> S<small>OCIAL</small> S<small>ECURITY</small>,

      Defendant.

_____/

Case No. 17-11858

S<small>ENIOR</small> U.S. D<small>ISTRICT</small> J<small>UDGE</small>
A<small>RTHUR</small> J. T<small>ARNOW</small>

U.S. M<small>AGISTRATE</small> J<small>UDGE</small>
S<small>TEPHANIE</small> D<small>AWKINS</small> D<small>AVIS</small>

**O<small>RDER</small> A<small>DOPTING</small> R<small>EPORT AND</small> R<small>ECOMMENDATION</small> [17]; D<small>ENYING</small> P<small>LAINTIFF'S</small> M<small>OTION FOR</small> S<small>UMMARY</small> J<small>UDGMENT</small> [15]; <small>AND</small> G<small>RANTING</small> D<small>EFENDANT'S</small> M<small>OTION FOR</small> S<small>UMMARY</small> J<small>UDGMENT</small> [16]**

Plaintiff Melissa Derocher seeks judicial review of an Administrative Law Judge's decision denying her claim for Disability Insurance Benefits and Supplemental Security Income Benefits. Plaintiff filed a Motion for Summary Judgment [15] on November 20, 2017. Defendant filed a Motion for Summary Judgment [16] on December 15, 2017.

On August 31, 2018, the Magistrate Judge issued a Report & Recommendation [17] ("R&R") recommending that the Court deny Plaintiff's Motion [15] and grant Defendant's Motion [16]. Neither party has filed any objection to the R&R.

The Court having reviewed the record, the R&R [17] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [15] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [16] is **GRANTED**.

**SO ORDERED**.

Dated: September 19, 2018

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge